IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURI GORDON<br><br>    Plaintiff,<br><br>        v.<br><br>BANK OF AMERICA, N.A., SETERUS, INC., FEDERAL NATIONAL MORTAGE ASSOCIATION, JOHN DOES 1-X,,<br><br>    Defendant. | CVIL ACTION<br><br>NO. 2:16-03093<br><br>JUDGE: William J. Martini, U.S.D.J |

NOTICE OF APPEAL

Notice is hereby given that Lauri Gordon, Plaintiff in the above-names case, hereby appeals to the United States Court of Appeals for the Third Circuit from: (1) the April 12, 2017 Order (Document No. 40) granting Defendant BANA's Motion to Dismiss Plaintiff's First Amended Complaint, Defendants Seterus and Fannie Mae's Motion to Dismiss Plaintiff's First Amended Complaint, and all dropped charges against BANA, Seterus and Fannie Mae.

                                    Respectfully submitted,

                                    /s/ Joshua W. Denbeaux
                                    Counsel for Lauri Gordon
Dated: May 4, 2017